UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL F. DONAHUE, ) | 3:13-cv-00601-HDM-WGC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING |
| vs. ) | MAGISTRATE JUDGE'S |
| ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#15) filed on August 11, 2014, in which the magistrate judge recommends that this court enter an order denying plaintiff's motion for reversal of the commissioner's decision (#9) and granting the defendant's cross-motion to affirm (#13). No objections to the report and recommendation have been filed, and the time for doing so has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby **ADOPTS AND ACCEPTS** the report and recommendation of the United

1

States Magistrate Judge (#15).  Plaintiff's motion for reversal (#9) is therefore **DENIED,** and defendant's cross-motion to affirm (#13) is **GRANTED.**

    IT IS SO ORDERED.

    DATED: This 17th day of November, 2014.

                                    /s/ Howard D. McKibben
                                    UNITED STATES DISTRICT JUDGE